UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIL AKHMETSHIN,<br><br>Plaintiff,<br><br>-against-<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | 26-CV-9649 (JAV)<br><br>ORDER OF SERVICE |

JEANNETTE A. VARGAS, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action under the Administrative Procedure Act ("APA"), 5 U.S.C. § 706. By order dated November 10, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

**In light of Plaintiff's interests in participating in further proceedings before this Court and to facilitate resolution of this matter, Defendants shall not transfer Plaintiff except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.** *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioners' transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to rely on the assistance of the court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

Accordingly, the Clerk of Court is instructed: (1) to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants United States Citizenship and Immigration Services ("USCIS"), the Director of USCIS, the Secretary of Homeland Security, and the Director of the National Benefits Center; (2) mark the box on the USM-285 form labeled "Check for service on U.S.A."; and (3) issue summonses and deliver to the Marshals Service a copy of this order and all other paperwork necessary for the Marshals Service to effect service.

Plaintiff must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

[1] Although the summons and complaint generally must be served within 90 days of the date the complaint is filed, Fed. R. Civ. P. 4(m), Plaintiff proceeds IFP and could not effect service until the Court reviewed the complaint and ordered that summonses issue. The Court therefore extends the time to serve until 90 days after the date summonses issue. If the complaint is not served within 90 days from the date a summons issues, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

## CONCLUSION

The Clerk of Court is directed to mail an information package to Plaintiff. The Clerk of Court is instructed: (1) to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants USCIS, Director of USCIS, Secretary of Homeland Security, Director of the National Benefits Center; (2) mark the box on the USM-285 form labeled "Check for service on U.S.A."; and (3) issue summonses and deliver to the Marshals Service a copy of this order and all other paperwork necessary for the Marshals Service to effect service.

The Clerk of Court is further directed, as a courtesy, to transmit a copy of this order to uscis.serviceofprocess@uscis.dhs.gov. Because it is unclear whether Plaintiff has been transferred, a copy of this order should also be sent to Plaintiff at Danil Akhmetshin, c/o Alexander J Segal, 27 Whitehall Street, Floor 5, New York, NY 10004.

SO ORDERED.

Dated: November 10, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge

## SERVICE ADDRESSES FOR DEFENDANTS

1. USCIS
   USCIS Office of the Chief Counsel
   20 Massachusetts Avenue NW, Room 4210
   Washington, DC 20529

   United States Attorney for the Southern District of New York, Civil Division
   86 Chambers Street, 3rd Floor
   New York, NY 10007

   Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Washington, DC 20530

2. Director of USCIS
   USCIS Office of the Chief Counsel
   5900 Capital Gateway Drive, Mail Stop 2120
   Camp Springs, MD 20588-0009

3. Secretary of Homeland Security
   2707 Martin Luther King Jr. Avenue SE
   Washington, DC 20528-0485

4. Director of the National Benefits Center, USCIS
   P.O. Box 25920, Overland Park
   Kansas 6622